## 51767. HIGHSMITH v. CONE.

STOLZ, Judge.
The plaintiff appeals from a judgment sustaining the defendant's motion to dismiss his complaint for damages based on alleged malicious prosecution. The complaint alleged that the defendant caused a public indecency warrant to be issued against him, which resulted in his arrest and imprisonment; that the warrant was finally disposed of in his favor by being dead docketed; and that the prosecution was carried out without any probable cause. *Held:*
The case is controlled adversely to the plaintiff by the decision of this court in *Courtenay v. Randolph,* 125 Ga. App. 581 (188 SE2d 396).

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

ARGUED FEBRUARY 2, 1976 — DECIDED APRIL 5, 1976.

*Gerald H. Cohen,* for appellant.
*Phyllis Kravitch, Lewis & Javetz, Harris Lewis, Harvey Weitz,* for appellee.